UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB SILVERMAN,<br><br>    Plaintiff,<br><br>v.<br><br>DUANE CHRISTIAN, et al.,<br><br>    Defendants. | Case No. 20-05136 BLF (PR)<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR SECOND EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT**<br><br>(Docket No. 22) |

    Plaintiff, a state convict filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against jail officers and medical personnel at the Humboldt County Correctional Facility, where he was formerly housed. Dkt. No. 1. On January 6, 2021, the Court found the complaint, liberally construed, stated cognizable claims, and ordered the matter served on Defendants. Dkt. No. 6. Defendants Iver Lien, Nurse Barnhart and Dr. Ziegler have filed a motion requesting a second extension of time to file a motion for summary judgement.[1] Dkt. No. 22.

    Having shown good cause, Defendants' motion is **GRANTED**. Defendants shall

---

[1] Defendants Benge, Christian and Flint filed a separate motion to dismiss on March 12, 2021, which was submitted on April 9, 2021 when Plaintiff's opposition was due. Dkt. No. 17.

file a motion for summary judgment **no later than September 13, 2021**, as requested. *Id.* Plaintiff's opposition to Defendants' motion shall be filed **no later than twenty-eight (28) days** from the date Defendants' motion is filed. Defendants shall file a reply brief no later than **fourteen (14) days** after Plaintiff's opposition is filed.

This order terminates Docket No. 22.

**IT IS SO ORDERED**

Dated:  __July 29, 2021_____

BETH LABSON FREEMAN
United States District Judge

Order Granting M. for 2nd EOT to File MSJ
PRO-SE\BLF\CR.20\05136Silverman_eot_msj2