UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB SILVERMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>DUANE CHRISTIAN, et al.,<br><br>    Defendants. | Case No. 20-05136 BLF (PR)<br><br>**ORDER VACATING HEARING ON MOTION** |

    Plaintiff, a California inmate, filed a *pro se* civil rights complaint under 42 U.S.C. § 1983, against jail officers and medical personnel at the Humboldt County Correctional Facility where he was formerly housed.  On March 12, 2021, Defendants Flint, Benge, and Christian filed a motion to dismiss the complaint and set if for a hearing on August 26, 2021.  Dkt. No. 17.

    The Court stated in its Order of Service that Defendants' dispositive motion "shall be deemed submitted as of the date the reply brief is due," and that "No hearing will be held on the motion unless the Court so orders at a later date."  Dkt. No. 6 at 5. Accordingly, the hearing set for August 26, 2021 is hereby **VACATED**.

    **IT IS SO ORDERED.**

Dated: __August 13, 2021_____

                                                   BETH LABSON FREEMAN
                                                 United States District Judge

Order Vacating Hearing
PRO-SE\BLF\CR.20\05136Silverman_vacate.hearing

1