United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JACOB SILVERMAN,

        Plaintiff,

    v.

DUANE CHRISTIAN, et al.,

        Defendants.

Case No. 20-cv-05136 BLF (PR)

**JUDGMENT**

For the reasons stated in the order of dismissal, this action is DISMISSED without prejudice.  Judgment is entered accordingly.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: __June 10, 2022_____

BETH LABSON FREEMAN
United States District Judge

Judgment
PRO-SE\BLF\CR.20\05136Silverman_judgment